STEVEN G. KALAR
Federal Public Defender
GALIA A. PHILLIPS
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant REED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 15-050 RS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR EXCLUSION OF TIME** |
| v. | ) |
| NIJAH REED, | ) |
| Defendant. | ) |

The parties in this case agree and jointly request the Court exclude time in the above captioned case from April 14, 2015 to June 16, 2015 at 2:00 p.m. The basis for this request is to allow for effective preparation of defense counsel.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to exclude time from the April 14, 2015 hearing to the June 16, 2015 hearing at 2:00 p.m.

IT IS SO STIPULATED.

Dated: April 15, 2015

                                                              /s/
                                      LLOYD FARNHAM
                                      Assistant United States Attorney

Dated: April 15, 2015              /s/
                                      GALIA A. PHILLIPS
                                      Attorney for Defendant

### [~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby EXCLUDES TIME from the hearing in the aforementioned case from April 14, 2015 to June 16, 2015 at 2:00 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: 4/15/15

                                      THE HONORABLE RICHARD SEEBORG
                                      UNITED STATES DISTRICT COURT JUDGE