BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6973
> FAX: (415) 436-7027
> lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID MADLOCK,<br>MATTHEW MUMPHREY,<br>LATONYA CAREY,<br>CRYSTAL ANTHONY,<br>DARLENE ROUSE,<br>ACACIA MCNEAL,<br>ANITA DIXON,<br>AARON MATTHEWS,<br>NIJAH REED,<br>TIANA REDDIC,<br>TIFFANY CROSS,<br>SHOLANDA ADAMS,<br><br>          Defendants. | No. 14-CR-00643 EMC<br>(Consolidated Criminal Cases)<br><br>NOTICE OF DISMISSAL |

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC

1       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

2    States Attorney for the Northern District of California dismisses the indictments in the above

3    consolidated cases with prejudice.  The above indictments were consolidated under No. 14-CR-00643

4    and transferred to this Court by order of Chief Judge Phyllis J. Hamilton on April 27, 2015.  The original

5    case numbers for each dismissed indictment are listed below:

6       United States v. David Madlock and Matthew Mumphrey, No. 14-CR-00643 RS

7       United States v. Latonya Carey, No. 15-CR-00004 MMC

8       United States v. Chrystal Anthony, No. 15-CR-00005 CRB

9       United States v. Darlene Rouse, No. 15-CR-00027 VC

10      United States v. Acacia McNeal, No. 15-CR-00028 CRB

11      United States v. Anita Dixon, No. 15-CR-00043 WHA

12      United States v. Aaron Mathews, No. 15-CR-00049 WHA

13      United States v. Nijah Reed, No. 15-CR-00050 RS

14      United States v. Tiana Reddic, No. 15-CR-00052 WHA

15      United States v. Tiffany Cross, No. 15-CR-00059 CRB

16      United States v. Sholanda Adams, No. 15-CR-00070 VC

17   DATED:  January 24, 2017                    Respectfully submitted,

18                                               BRIAN J. STRETCH
                                                 United States Attorney
19

20

21                                               BARBARA J. VALLIERE
                                                 Chief, Criminal Division
22

23      Leave is granted to the government to dismiss with prejudice the indictments listed above.

24   The bonds for the above 12 defendants shall be exonerated.

25

26   DATED:      January 25, 2017

27                                               HON. EDWARD
                                                 United States D            Judge

28

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen